# EXHIBIT A

SouthState

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

[redacted]
387 1 140578 ********************AUTO**5-DIGIT 29063
Ashley N Flott
[redacted]

March 29, 2024

We are writing to inform you of an incident that involved some of your information. This letter explains the incident, measures we have taken, and steps you may consider taking.

We recently detected and took measures to address an incident that involved unauthorized access to our network. A cybersecurity firm was engaged to assist in an investigation. That investigation determined that there was unauthorized access to certain folders in our network on February 7, 2024. We reviewed the files in those folders, and on March 13, 2024, determined that one or more files contained your name, financial account number, and Social Security number.

We have arranged for you to receive a complimentary one-year membership with **Identity Defense Total**. This product helps detect any misuse of your personal information and provides you with identity protection services that focus on immediate identification and resolution of any instance of identity theft. **Identity Defense Total** is at no cost to you, and enrolling in this program will not affect your credit score. In addition, it is always advisable to be vigilant for incidents of fraud or identity theft by reviewing your account statements and free credit reports for any unauthorized activity. You should immediately report any suspicious activity to SouthState or any other financial institution. For more information on **Identity Defense Total**, including instructions on how to activate your complimentary one-year membership, please reference the enclosed information.

*SouthState is actively taking steps to further enhance our existing security measures to help protect against an incident like this happening again. Please reference the enclosures included with this letter for additional steps and guidance to further protect your information. If you have any additional questions, please call us at 844-900-6425, Monday through Friday, from 9:00 a.m. to 9:00 p.m. Eastern Time. We regret any inconvenience or concern this incident may have caused and look forward to serving your banking needs in the future.*