# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ASHLEY FLOTT, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SOUTHSTATE BANK, N.A.,<br><br>    Defendant | Case No. 8:24-cv-00826-KKM-TGW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT AND ALL PARTIES OF RECORD:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ASHLEY FLOTT hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 11, 2024                      Respectfully submitted,

                         By:     /s/ *Jessica Wallace*
                                  Jessica Wallace, Bar No. 1008325
                                  Mason A. Barney (*pro hac vice* to be filed)
                                  Tyler J. Bean (*pro hac vice* to be filed)
                                  **SIRI & GLIMSTAD LLP**
                                  20200 West Dixie Highway, Suite 902
                                  Aventura, FL 33180
                                  Telephone:    (786) 244-5660
                                  Facsimile:      (646) 417-5967
                                  Email:           jwallace@sirillp.com
                                  Email:           mbarney@sirillp.com
                                  Email:           tbean@sirillp.com

                                  Daniel Srourian, Esq. (*Admitted Pro Hac Vice*)
                                  **SROURIAN LAW FIRM, P.C.**
                                  3435 Wilshire Blvd. Suite 1710
                                  Los Angeles, California 90010
                                  Telephone:    (213) 474-3800
                                  Facsimile:      (213) 471-4160

Email:	daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

Email:	daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

**CERTIFICATE OF SERVICE**

      I hereby certify that this Notice of Voluntary Dismissal was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 11, 2024.

                                                                                      */s/ Jessica Wallace*
                                                                                      *Jessica Wallace*